## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Zaucedo, Sammy | Case Number: 05 B 22942 |
| Zaucedo, Luz N | Judge: Hollis, Pamela S |
| Printed: 03/24/09 | Filed: 6/9/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Completed: February 26, 2009
Confirmed:  July 25, 2005

### SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 32,257.00 | |
| Secured: | | 22,803.99 |
| Unsecured: | | 4,244.44 |
| Priority: | | 913.60 |
| Administrative: | | 1,950.00 |
| Trustee Fee: | | 1,747.99 |
| Other Funds: | | 596.98 |
| Totals: | 32,257.00 | 32,257.00 |

### DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Macey & Aleman | Administrative | 1,950.00 | 1,950.00 |
| 2. | Nuvell Credit Company LLC | Secured | 22,633.99 | 22,633.99 |
| 3. | American General Finance | Secured | 170.00 | 170.00 |
| 4. | Internal Revenue Service | Priority | 744.27 | 913.60 |
| 5. | Asset Acceptance | Unsecured | 18.49 | 18.49 |
| 6. | Portfolio Recovery Associates | Unsecured | 220.50 | 220.50 |
| 7. | Illinois Dept Of Employment Sec | Unsecured | 289.30 | 289.30 |
| 8. | Asset Acceptance | Unsecured | 1,116.13 | 1,116.13 |
| 9. | Peoples Energy Corp | Unsecured | 74.41 | 0.00 |
| 10. | Nuvell Credit Company LLC | Unsecured | 1,305.31 | 1,305.31 |
| 11. | ECast Settlement Corp | Unsecured | 56.26 | 56.26 |
| 12. | Target National Bank | Unsecured | 49.38 | 49.38 |
| 13. | RoundUp Funding LLC | Unsecured | 326.71 | 326.71 |
| 14. | Kohl's/Kohl's Dept Stores | Unsecured | 30.81 | 30.81 |
| 15. | City Of Chicago Dept Of Revenue | Unsecured | 174.00 | 174.00 |
| 16. | Capital One | Unsecured | 83.29 | 83.29 |
| 17. | The Diamond Center | Unsecured | 57.43 | 57.43 |
| 18. | Capital One | Unsecured | 61.31 | 61.31 |
| 19. | Resurgent Capital Services | Unsecured | 177.90 | 177.90 |
| 20. | ECast Settlement Corp | Unsecured | 166.10 | 166.10 |
| 21. | Internal Revenue Service | Unsecured | 16.93 | 0.00 |
| 22. | Merrick Bank | Unsecured | 111.52 | 111.52 |
| 23. | Chrysler Financial Services Americas LLC | Secured | | No Claim Filed |
| 24. | Chrysler Financial Services Americas LLC | Unsecured | | No Claim Filed |
| 25. | Bank Of America | Unsecured | | No Claim Filed |
| 26. | Fingerhut | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| **IN RE:** Zaucedo, Sammy | | Case Number: 05 B 22942 |
| Zaucedo, Luz N | | Judge: Hollis, Pamela S |
| Printed: 03/24/09 | | Filed: 6/9/05 |

## DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|
| 27. DeVry Institute of Technology | Unsecured | | No Claim Filed |
| 28. HSBC Bank USA | Unsecured | | No Claim Filed |
| 29. CFC Financial Corp | Unsecured | | No Claim Filed |
| 30. Chase Advantage Credit | Unsecured | | No Claim Filed |
| 31. Great Lakes Credit Union | Unsecured | | No Claim Filed |
| | | $ 29,834.04 | $ 29,912.03 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 3% | 50.16 |
| 5.5% | 347.18 |
| 5% | 105.31 |
| 4.8% | 194.41 |
| 5.4% | 454.61 |
| 6.5% | 280.18 |
| 6.6% | 316.14 |
| | $ 1,747.99 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*[signature]*